FIRST DEPARTMENT, JULY, 1977

(July 5, 1977)

■ CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Respondent, v SOLEX ASSOCIATES CORP. et al., Appellants, et al., Defendants.—Order, Supreme Court, New York County, entered on April 13, 1977, unanimously affirmed for the reasons stated by Sutton, J. Respondent shall recover of appellants $60 costs and disbursements of this appeal. Concur—Lupiano, J. P., Birns, Silverman and Capozzoli, JJ.

■ In the Matter of POLYLOK CORP., Respondent, v ELSSWORTH C. SIMPSON, Appellant.—Orders, Supreme Court, New York County, entered on May 2, 1977, unanimously affirmed for the reasons stated by Evans, J., at Special Term. Petitioner-respondent shall recover of respondent-appellant $40 costs and disbursements of these appeals. Concur—Murphy, P. J., Lupiano, Birns and Capozzoli, JJ.

■ In the Matter of MELVYN WEISEL et al., Appellants, v ROBERT J. CHRISTEN et al., Respondents.—Judgment, Supreme Court, New York County, entered on May 26, 1977, unanimously affirmed for the reasons stated by Baer, J., at Special Term, without costs and without disbursements. Concur—Murphy, P. J., Lupiano, Birns and Capozzoli, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RAYMOND MARIN, Appellant, v WARDEN et al., Respondents.—Judgment, Supreme Court, Bronx County, entered on May 12, 1977, unanimously affirmed for the reasons stated by Ramos, J., without costs and without disbursements. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). Concur—Murphy, P. J., Lupiano, Birns and Capozzoli, JJ.

■ SALVATORE GROSSO et al., Respondents, v AMERICAN CHICLE Co. et al., Appellants.—Order, Supreme Court, New York County, entered on March 9, 1977, unanimously affirmed for the reasons stated by Asch, J., at Special Term, without costs and without disbursements. Concur—Murphy, P. J., Lupiano, Capozzoli and Markewich, JJ.

■ RYDER TRUCK LINES, INC., Appellant, v ANTONIO MAIORANO, Respondent.—Judgment, Supreme Court, New York County, entered on June 2, 1977, unanimously affirmed for the reasons stated by Kirschenbaum, J., at Special Term. Respondent shall recover of appellant $40 costs and disbursements of this appeal. Concur—Murphy, P. J., Lupiano, Birns and Capozzoli, JJ.